In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-16-00076-CR

JOHN PITT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. CR27837

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, John Pitt entered a plea of nolo contendere to the offense of theft, a state jail felony. The trial court found Pitt guilty of the charge as alleged in the indictment, sentenced Pitt to two years confinement, but suspended his sentence and placed Pitt on community supervision for five years and assessed a fine of $500. The State subsequently filed a motion to revoke Pitt's unexpired community supervision, alleging four violations of the

conditions of his community supervision. Pitt pled "true" to violating the four conditions of his community supervision. After a hearing on the State's motion to revoke, the trial court found that Pitt violated the conditions of his community supervision, revoked Pitt's community supervision, and sentenced Pitt to two years in state jail.

Pitt's appellate counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). Counsel's brief presents his professional evaluation of the record and concludes there are no arguable grounds to be advanced in this appeal. Counsel provided Pitt with a copy of his Anders brief. We granted an extension of time for Pitt to file a *pro se* brief, but we received no response from Pitt.

We have independently reviewed the clerk's record and the reporter's record, and we agree with Pitt's appellate counsel that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief Pitt's appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

---

[1] Pitt may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on August 1, 2016
Opinion Delivered September 7, 2016
Do not publish

Before Kreger, Horton, and Johnson, JJ.